UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 09-2014 DSF (AJWx) | Date | 12/15/10 |
| Title | Stop Staring! Designs v. Tatyana, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Ex Parte Application to Preclude Testimony from Plaintiff's Experts (Docket No. 117)

A motion to exclude expert testimony is not appropriate for ex parte treatment. The ex parte application is DENIED.

IT IS SO ORDERED.