Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
Imran F. Vakil (Bar No. 248859)
Email: ivakil@onellp.com
**ONE LLP**
4000 MacArthur Boulevard,
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2670
Facsimile:    (949) 258-5081

Attorneys for Defendants TATYANA, LLC d/b/a
BETTIE PAGE CLOTHING; TATYANA
KHOMYAKOVA, and JAN GLASSER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STOP STARING! DESIGNS, a California corporation;<br><br>    Plaintiff,<br><br>v.<br><br>TATYANA, LLC, a Nevada Corporation d/b/a BETTIE PAGE CLOTHING; TATYANA KHOMYAKOVA, an individual; JAN GLASSER, an individual; and Does 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV09-02014 DSF (AJWx)<br><br>Assigned for all purposes to:<br>Hon. Dale S. Fischer<br>Courtroom 840<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS AS TO:**<br><br>**(1) STOP STARING! DESIGNS' FRAUD AND TRADE SECRET MISAPPROPRIATION CLAIMS; AND**<br><br>**(2) TATYANA, LLC'S ANTITRUST CLAIM**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** |

19197.1

1

**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**

WHEREAS Plaintiff Stop Staring! Designs has elected not to pursue at trial its fraud claim (the sixth cause of action in its Third Amended Complaint) and what remains of its claim for trade secret misappropriation (the seventh cause of action in its Third Amended Complaint);

WHEREAS Defendant and Counterclaimant Tatyana, LLC has elected not to pursue its antitrust claim (the first claim for relief in Defendants' counterclaims);

The parties therefore stipulate and ask for an order permitting those claims to be dismissed without prejudice.

DATED: July 14, 2011                              **ONE LLP**

                                                  By:   /s/ Christopher W. Arledge
                                                        Christopher W. Arledge
                                                        Attorneys for Defendants and
                                                        Counterclaimants TATYANA, LLC
                                                        d/b/a BETTIE PAGE CLOTHING,
                                                        TATYANA KHOMYAKOVA, and
                                                        JAN GLASER

DATED: July 14, 2011                              **BROWNE WOODS GEORGE LLP**

                                                  By:   /s/ Keith J. Welsey
                                                        Keith J. Welsey
                                                        Attorneys for Plaintiff-
                                                        Counterdefendant STOP STARING!
                                                        DESIGNS and Counterdefendant
                                                        ALICIA ESTRADA

19197.1

2

**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**