Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
Imran F. Vakil (Bar No. 248859)
Email: ivakil@onellp.com
**ONE LLP**
4000 MacArthur Boulevard,
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2670
Facsimile:    (949) 258-5081

Attorneys for Defendants TATYANA, LLC d/b/a
BETTIE PAGE CLOTHING; TATYANA
KHOMYAKOVA, and JAN GLASSER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STOP STARING! DESIGNS, a California corporation;<br><br>      Plaintiff,<br><br>v.<br><br>TATYANA, LLC, a Nevada Corporation d/b/a BETTIE PAGE CLOTHING; TATYANA KHOMYAKOVA, an individual; JAN GLASSER, an individual; and Does 1 through 10, inclusive,<br><br>      Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV09-02014 DSF (AJWx)<br><br>Assigned for all purposes to:<br>Hon. Dale S. Fischer<br>Courtroom 840<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS AS TO:**<br><br>**(1) STOP STARING! DESIGNS' FRAUD AND TRADE SECRET MISAPPROPRIATION CLAIMS; AND**<br><br>**(2) TATYANA, LLC'S ANTITRUST CLAIM** |

**[PROPOSED] ORDER ON VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**

Based on the stipulation of the parties, the Court hereby dismisses without prejudice:

(1)     Plaintiff's fraud claim (the sixth cause of action in its Third Amended Complaint);

(2)     Plaintiff's trade secret misappropriation claim (the seventh cause of action in its Third Amended Complaint); and

(3)     Defendant and Counterclaimant's antitrust claim (the first claim for relief in the Counterclaim).

IT IS SO ORDERED.

DATED: July 18, 2011

_____
Hon. Dale S. Fischer
United States District Judge