BROWNE WOODS GEORGE LLP
Peter W. Ross (State Bar No. 109741)
  pross@bwgfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bwgfirm.com
Cheryl Priest Ainsworth (State Bar No. 255824)
  cainsworth@bwgfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff and
Counterdefendant STOP STARING!
DESIGNS, and Counterdefendant ALICIA
ESTRADA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STOP STARING! DESIGNS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TATYANA, LLC, a Nevada corporation d/b/a BETTIE PAGE CLOTHING; TATYANA KHOMYAKOVA, an individual; JAN GLASER, an individual; DESIGN TECHNOLOGY GROUP LLC, a Nevada limited liability company d/b/a BETTIE PAGE CLOTHING, and Does 1 through 10, inclusive,<br><br>Defendants.<br><br>TATYANA, LLC, a Nevada corporation d/b/a BETTIE PAGE CLOTHING,<br><br>Counterclaimants,<br><br>vs.<br><br>STOP STARING! DESIGNS, a California corporation; ALICIA ESTRADA, an individual; and ROES 1-10, inclusive,<br><br>Counterdefendants. | Case No. CV-09-02014 DSF (AJWx)<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF STOP STARING! DESIGNS' MOTIONS IN LIMINE**<br><br>Judge: Hon. Dale S. Fischer<br>Date: August 15, 2011<br>Time: 3:00 p.m.<br>Crtrm.: 840<br><br>Trial Date: August 30, 2011 |

287324.1

DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF STOP STARING! DESIGNS' MOTIONS IN LIMINE

## DECLARATION OF KEITH J. WESLEY

1. I am an attorney at law, duly admitted to practice before all courts of the State of California. I am a partner in the law firm of Browne Woods George LLP, counsel of record for plaintiff and counter-defendants Stop Staring! Designs ("Stop Staring") and Alicia Estrada ("Estrada") in this action. I have first-hand, personal knowledge of the facts set forth below, and, if called as a witness, I could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts of the deposition testimony of Jan Glaser.

3. Attached hereto as Exhibit B is a true and correct copy of relevant excerpts of the deposition testimony of Tatyana Khomyakova.

4. Attached hereto as Exhibit C is a true and correct copy of relevant excerpts of the deposition testimony of Bernie Dexter.

5. Attached hereto as Exhibit D is a true and correct copy of the February 1, 2011 rebuttal expert report of Laurel A. Sutton.

6. Attached hereto as Exhibit E is a true and correct copy of the "Rebuttal Report of Antonio R. Sarabia II".

7. Attached hereto as Exhibit F is a true and correct copy of the February 8, 2011 report of Kent D. Van Liere.

8. Attached hereto as Exhibit G is a true and correct copy of depictions of the Stop Staring website trade dress that Stop Staring alleges was infringed.

9. Attached hereto as Exhibit H is a true and correct copy of depictions of the Bettie Page website trade dress that Stop Staring alleges infringes upon its trade dress in issue in this case.

10. Attached hereto as Exhibit I is a true and correct copy of Exhibit D to the report of Mr. Van Liere. According to Mr. Van Liere's report, what is depicted in this exhibit is the trade dress that was showed to respondents of his survey.

1     Executed this 25th day of July, 2011, at Los Angeles, California.

2     I declare under penalty of perjury under the laws of the State of California

3 that the foregoing is true and correct.

                                             /s/ Keith J. Wesley
                                                Keith J. Wesley

287324.1

-3-

DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF STOP STARING! DESIGNS' MOTIONS IN LIMINE