| | |
|---|---|
| 1 | BROWNE WOODS GEORGE LLP |
| | Peter W. Ross (State Bar No. 109741) |
| 2 | pross@bwgfirm.com |
| | Keith J. Wesley (State Bar No. 229276) |
| 3 | kwesley@bwgfirm.com |
| | Cheryl Priest Ainsworth (State Bar No. 255824) |
| 4 | cainsworth@bwgfirm.com |
| | 2121 Avenue of the Stars, Suite 2400 |
| 5 | Los Angeles, California 90067 |
| | Telephone: (310) 274-7100 |
| 6 | Facsimile: (310) 275-5697 |
| 7 | Attorneys for Plaintiff and |
| | Counterdefendant STOP STARING! |
| 8 | DESIGNS, and Counterdefendant ALICIA ESTRADA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STOP STARING! DESIGNS, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TATYANA, LLC, a Nevada corporation d/b/a BETTIE PAGE CLOTHING; TATYANA KHOMYAKOVA, an individual; JAN GLASER, an individual; DESIGN TECHNOLOGY GROUP LLC, a Nevada limited liability company d/b/a BETTIE PAGE CLOTHING, and Does 1 through 10, inclusive, <br><br> Defendants. <br><br> TATYANA, LLC, a Nevada corporation d/b/a BETTIE PAGE CLOTHING, <br><br> Counterclaimants, <br><br> vs. <br><br> STOP STARING! DESIGNS, a California corporation; ALICIA ESTRADA, an individual; and ROES 1-10, inclusive, <br><br> Counterdefendants. | Case No. CV-09-02014 DSF (AJWx) <br><br> **REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF STOP STARING! DESIGNS' MOTION IN LIMINE NUMBER 5 – TO EXCLUDE CERTAIN OPINIONS OF DEFENDANTS' EXPERT, ANTONIO SARABIA** <br><br> Judge: Hon. Dale S. Fischer <br> Date: August 15, 2011 <br> Time: 3:00 p.m. <br> Crtrm.: 840 <br><br> Trial Date: August 30, 2011 |

290315.1

## MEMORANDUM OF POINTS AND AUTHORITIES

Bettie Page Clothing concedes, as it must, that Antonio Sarabia's opinions A-F are irrelevant and that Mr. Sarabia may not present such opinions at trial. Dkt. No. 169 at 2:1-2. Bettie Page Clothing also concedes, as it must, that Mr. Sarabia is not entitled to opine that there is no likelihood of confusion between the trade dresses in issue. *Id.* at 2:6-10. Stop Staring requests that the Court memorialize Bettie Page's agreements on these points in the order on motions *in limine*.

Nevertheless, Bettie Page Clothing persists in arguing that Mr. Sarabia may provide testimony concerning wholesale buyers in the garment industry. *Id.* at 2:14-15. Bettie Page Clothing specifically argues that Mr. Sarabia intends to opine as to why wholesale buyers have more knowledge about the source of products than do retail buyers, how there is substantial interaction between wholesale buyers and wholesale sellers, and how wholesale buyers tend to be sophisticated, industry professionals. *Id.* at 2:25-3:2.

But Mr. Sarabia is a rebuttal expert. As such, his testimony must "address the 'same subject matter' identified by the initial expert." *Laflamme v. Safeway, Inc.*, 2010 WL 3522378, *2 (D.Nev. Sep. 2, 2010). Plaintiff's marketing expert, Dr. Gary Frazier, however, will not offer any opinions as to the knowledge of wholesale buyers or their interaction with wholesale sellers or whether wholesale buyers are sophisticated, industry professionals. As such, Mr. Sarabia's proposed testimony regarding these matters is not proper rebuttal testimony and must be excluded.

Regardless, Mr. Sarabia's testimony on these matters is not reliable. He lacks any specialized experience in the relevant industry. He has never sold or purchased retro-style dresses wholesale and does not know anything about the characteristics of wholesale buyers in the relevant industry. Wholesale buyers for highly sophisticated, international fashion companies like The Gap or Guess are materially different than the buyers for the mom and pop boutiques who purchase and sell the garments in issue in this case. Mr. Sarabia may have expertise regarding the former;

he does not have expertise regarding the latter.  In sum, Bettie Page Clothing has failed to prove that Mr. Sarabia is qualified to opine regarding the qualifications, knowledge or experience of wholesale buyers of retro-style dresses – *i.e.*, the only buyers in issue in this trial.  *See U.S. v. Miller*, 874 F.2d 1255, 1268 (9th Cir. 1989) (excluding testimony where expert "lacked significant practical experience in the field and had not made any special study of the subject"); *Malletier v. Dooney & Burke, Inc.*, 525 F. Supp. 2d 558, 642 (S.D.N.Y. 2007) ("Testimony on subject matters unrelated to the witness's area of expertise is prohibited by Rule 702").

For the foregoing reasons, the Court should preclude Mr. Sarabia from testifying on matters related to his opinions A-F and H set forth on pages 4-6 of his report.

DATED: August 8, 2011

BROWNE WOODS GEORGE LLP
Peter W. Ross
Keith J. Wesley
Cheryl Priest Ainsworth

By     s/ Keith J. Wesley
      Keith J. Wesley
Attorneys for Plaintiff and Counterdefendant STOP STARING! DESIGNS, and Counterdefendant ALICIA ESTRADA

290315.1

-3-

REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF STOP STARING! DESIGNS' MOTION IN LIMINE NUMBER 5 – TO EXCLUDE CERTAIN OPINIONS OF DEFENDANTS' EXPERT, ANTONIO SARABIA