REDACTED FOR PUBLIC VIEW

FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOP STARING! DESIGNS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TATYANA, LLC, a Nevada corporation d/b/a/ BETTIE PAGE CLOTHING; TATYANA KHOMYAKOVA, an individual; JAN GLASER, an individual; DESIGN TECHNOLOGY GROUP LLC, a Nevada limited liability company d/b/a BETTIE PAGE CLOTHING, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 09-02014 DSF (AJWx)<br><br>**VERDICT**<br><br>FOR THE PLAINTIFF (STOP STARING!) |
| TATYANA, LLC, a Nevada Corporation d/b/a/ BETTIE PAGE CLOTHING,<br><br>Counterclaimant,<br><br>vs.<br><br>STOP STARING! DESIGNS, a California corporation; ALICIA ESTRADA, an individual; and ROES 1-10, inclusive,<br><br>Counterdefendants. | FOR THE COUNTER-DEFENDANTS (STOP STARING! AND ALICIA ESTRADA) |

We, the jury in the above-entitled cause, find the following on the questions submitted to us:

### PLAINTIFF STOP STARING'S CLAIMS

1. Did plaintiff Stop Staring abandon its trade dress?

   Yes ~~√~~    No ___√___

If you answered "no" to question 1, then proceed to question 2. If you answered "yes" to question 1, then skip questions 2-6 and proceed to question 7.

2. a. Are any or all of the following defendants liable for infringing upon the Stop Staring trade dress?

   | | | |
   |---|---|---|
   | Bettie Page Clothing | Yes √ | No ___ |
   | Jan Glaser | Yes √ | No ___ |
   | Tatyana Khomyakova | Yes √ | No ___ |

   b. If you answered "yes" as to any defendant, was the infringement intentional?

   | | | |
   |---|---|---|
   | Bettie Page Clothing | Yes √ | No ___ |
   | Jan Glaser | Yes √ | No ___ |
   | Tatyana Khomyakova | Yes √ | No ___ |

3.   a.   Are any or all of the following defendants liable for committing common law unfair competition?

    Bettie Page Clothing   Yes ✓   No ___
    Jan Glaser   Yes ✓   No ___
    Tatyana Khomyakova   Yes ✓   No ___

b.   If you answered "yes" as to any defendant, is there clear and convincing evidence that the defendant engaged in common law unfair competition with malice, oppression or reckless disregard of the plaintiff's rights?

    Bettie Page Clothing   Yes ✓   No ___
    Jan Glaser   Yes ✓   No ___
    Tatyana Khomyakova   Yes ✓   No ___

If you answered "yes" to any part of questions 2 or 3, then answer questions 4-5. If you answered "no" to every part of questions 2 and 3, then skip questions 4-6 and proceed to question 7.

4.   What is the total amount of plaintiff Stop Staring's actual damages, if any?

$ 250,000.00

5.   What is the total amount of profits of defendant, if any, caused by the trade dress infringement or unfair competition?

$ 250,000.00

If you answered "yes" to any part of question 3.b, then answer question 6. If you answered "no" to every part of question 3.b, then skip question 6 and proceed to question 7.

6. What is the total amount of punitive damages, if any, you award to plaintiff Stop Staring and against any or all of the defendants?

| | | |
|---|---|---|
| Bettie Page Clothing | $ | 0 |
| Jan Glaser | $ | 0 |
| Tatyana Khomyakova | $ | 0 |

## COUNTERCLAIMANT TATYANA'S CLAIMS

7. Is Stop Staring or Alicia Estrada liable for intentionally interfering with a contract between Bettie Page Clothing and a third party?

| | Yes | No |
|---|---|---|
| Stop Staring | | ✓ |
| Alicia Estrada | | ✓ |

8. Is Stop Staring or Alicia Estrada liable for intentionally interfering with an economic relationship with the third parties that probably would have resulted in an economic benefit to Bettie Page Clothing?

| | Yes | No |
|---|---|---|
| Stop Staring | | ✓ |
| Alicia Estrada | | ✓ |

If you answered "yes" to any part of questions 7 and 8, move on to question 9.

If you answered "no" to questions 7 and 8, then skip the remaining question and sign and date and return this form.

9. What is the total amount of Bettie Page Clothing's damages, if any?

$ _____

If you answered "yes" to any part of question 7 or 8, then answer question 10. If you answered "no" to every part of questions 7 and 8, then skip question 10.

10. If you answered "yes" as to any part of question 7 or 8, is there clear and convincing evidence that the defendant engaged in intentional interference with malice, oppression or reckless disregard of the plaintiff's rights?

    Stop Staring    _____

    Alicia Estrada    _____

If you answered "yes" to any part of question 10, answer question 11.

11. What is the total amount of punitive damages, if any, you award to counterclaimant Bettie Page Clothing and against either or both of the counterdefendants?

    Stop Staring    _____

    Alicia Estrada    _____

Please date, sign and return this form.

264074.4

-5-

Dated: Nov. 17, 2011

**REDACTED FOR PUBLIC VIEW**
Foreperson