UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 09-2014 DSF (AJWx) | Date | 2/21/12 |
|---|---|---|---|
| Title | Stop Staring! Designs v. Tatyana, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Motion for Permanent Injunction (Docket No. 267)

    The motion for permanent injunction is DENIED without prejudice in light of the Court's order granting a new trial.

    IT IS SO ORDERED.