JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STOP STARING! DESIGNS, a California corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>TATYANA, LLC, a Nevada corporation d/b/a BETTIE PAGE CLOTHING; TATYANA KHOMYAKOVA, an individual; JAN GLASER, an individual; DESIGN TECHNOLOGY GROUP LLC, a Nevada limited liability company d/b/a BETTIE PAGE CLOTHING, and Does 1 through 10, inclusive,<br><br>     Defendants.<br><br>TATYANA, LLC, a Nevada corporation d/b/a BETTIE PAGE CLOTHING,<br><br>     Counterclaimants,<br><br>vs.<br><br>STOP STARING! DESIGNS, a California corporation; ALICIA ESTRADA, an individual; and ROES 1-10, inclusive,<br><br>     Counterdefendants. | Case No. CV-09-02014 DSF (AJWx)<br><br>The Hon. Dale S. Fischer<br><br>**[PROPOSED] FINAL JUDGMENT** |

350488.1

# JUDGMENT

Judgment is hereby entered in favor of defendants Tatyana, LLC, Design Technology Group, LLC, Jan Glaser and Tatyana Khomyakova ("Defendants") on plaintiff Stop Staring! Designs' claims for (a) breach of contract; (b) trademark infringement; (c) trade dress infringement; (d) false designation of origin and (e) unfair competition.

Judgment is hereby entered in favor of counterdefendants Stop Staring and Alicia Estrada on counterclaimant Tatyana, LLC's claims for intentional interference with contractual relations and intentional interference with prospective economic advantage.

The Court orders that any motion for attorney's fees and/or costs shall be deferred until after resolution of the appeal in this matter. Any such motion shall be filed within 30 days after issuance of the mandate from the Court of Appeals, absent further order of the Court.

Dated: 12/13/12

Hon. Dale S. Fischer
UNITED STATES DISTRICT JUDGE