| | |
|---|---|
| 1 | BROWNE GEORGE ROSS LLP |
| | Peter W. Ross (State Bar No. 109741) |
| 2 | pross@bgrfirm.com |
| | Keith J. Wesley (State Bar No. 229276) |
| 3 | kwesley@bgrfirm.com |
| | 2121 Avenue of the Stars, Suite 2400 |
| 4 | Los Angeles, California 90067 |
| | Telephone: (310) 274-7100 |
| 5 | Facsimile: (310) 275-5697 |
| 6 | Attorneys for Plaintiff and |
| | Counterdefendant STOP STARING! |
| 7 | DESIGNS, and Counterdefendant ALICIA |
| | ESTRADA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STOP STARING! DESIGNS, a California corporation, | Case No. CV-09-02014 DSF (AJWx) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF APPEAL** |
| vs. | Judge: Hon. Dale S. Fischer |
| TATYANA, LLC, a Nevada corporation d/b/a BETTIE PAGE CLOTHING; TATYANA KHOMYAKOVA, an individual; JAN GLASER, an individual; DESIGN TECHNOLOGY GROUP LLC, a Nevada limited liability company d/b/a BETTIE PAGE CLOTHING, and Does 1 through 10, inclusive, | |
| Defendants. | |
| TATYANA, LLC, a Nevada corporation d/b/a BETTIE PAGE CLOTHING, | |
| Counterclaimants, | |
| vs. | |
| STOP STARING! DESIGNS, a California corporation; ALICIA ESTRADA, an individual; and ROES 1-10, inclusive, | |
| Counterdefendants. | |

353730.1

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3      NOTICE IS HEREBY GIVEN that Plaintiff in the above named case, Stop
4  Staring! Designs, hereby appeals to the United States Court of Appeals for the Ninth
5  Circuit from a Judgment dated December 13, 2012 [Docket No. 332-1], a copy of
6  which is attached hereto as Exhibit A; an Order re Motions in Limine, entered in this
7  action on September 13, 2012 [Docket No. 312], a copy of which is attached hereto
8  as Exhibit B; the Order Granting Defendants' Motion for New Trial entered in this
9  action on February 21, 2012 [Docket No. 281], a copy of which is attached hereto as
10 Exhibit C; an Order Granting In Part and Denying In Part Defendants' Motion for
11 Summary Judgment entered in this action on November 12, 2010 [Docket No. 115],
12 a copy of which is attached hereto as Exhibit D; and all other orders, rulings,
13 decisions or opinions merged therein.
14     Pursuant to Circuit Rule 3-2, a Representation Statement is attached hereto as
15 Exhibit E.
16
17 DATED: January 7, 2013          Respectfully submitted,
18                                 BROWNE GEORGE ROSS LLP
                                       Peter W. Ross
19                                     Keith J. Wesley
20
21                                 By    /s/Peter W. Ross
                                       Peter W. Ross
22                                 Attorneys for Plaintiff and Counterdefendant
                                   STOP STARING! DESIGNS, and
23                                 Counterdefendant ALICIA ESTRADA
24
25
26
27
28

353730.1                              -2-
PLAINTIFF'S NOTICE OF APPEAL