Peter R. Afrasiabi (Bar No. 193336)
E-mail: pafrasiabi@onellp.com
Christopher W. Arledge (Bar No. 200767)
E-mail: carledge@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Defendants/Counterclaimants,
TATYANA, LLC D/B/A BETTIE PAGE
CLOTHING, DESIGN TECHNOLOGY GROUP
LLC D/B/A BETTIE PAGE CLOTHING, LLC,
TATYANA KHOMYAKOVA, AND JAN
GLASSER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOP STARING! DESIGNS, a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>TATYANA, LLC, a Nevada limited liability company d/b/a BETTIE PAGE CLOTHING; TATYANA KHOMYAKOVA, an individual; JAN GLASSER, an individual; DESIGN TECHNOLOGY GROUP, LLC, a Nevada limited liability company d/b/a BETTIE PAGE CLOTHING; and Does 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV09-2014 DSF (AJW)<br>Hon. Dale S. Fischer<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Date: January 11, 2016<br>Time: 1:30 p.m.<br>Crtrm: 840 |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ATTORNEYS' FEES**

Defendants, in support of their Motion for Attorneys' Fees, request that the Court take judicial notice, pursuant to Federal Rules of Evidence 201, of the attached Exhibit A, which is a true and correct copy of the defendants' Motion for Attorneys' Fees filed on March 24, 2011 in the case titled *CMG Brands LLC v. Stop Staring! Designs, et al.*, Los Angeles Superior Court case number BC431713. Specifically Defendants request that the Court take judicial notice of the billing rates of attorneys Keith J. Wesley and Peter W. Ross, as represented to the Superior Court in March, 2011 (Wesley Declaration, ¶¶3-4).

Dated: October 23, 2015         **ONE LLP**

By: /s/ Christopher W. Arledge
Peter R. Afrasiabi
Christopher W. Arledge
*Attorneys for Defendants and Counterclaimants, Tatyana, LLC d/b/a Bettie Page Clothing, Design Technology Group LLC d/b/a Bettie Page Clothing, LLC, Tatyana Khomyakova, and Jan Glaser*